UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MELISSA LORA,

         Plaintiff,

  -against-

NEWAY FERTILITY CORP. and JOOHEE SOHN,

         Defendants.
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/2020

**ORDER**

19 Civ. 9252 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On February 25, 2020, the parties appeared before Magistrate Judge Sarah Netburn for a settlement conference. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 60 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:  New York, New York
     March 12, 2020

                 ALVIN K. HELLERSTEIN
                 United States District Judge